UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| LISA JOHNSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 1:15-CV-00639-TWP-MJD |
| | ) |
| AMERICAN FUNDS SERVICE CO. | ) |
| | ) |
| Defendant. | ) |

## ORDER OF DISMISSAL WITH PREJUDICE

This matter having come before the Court upon the Stipulation of Dismissal, With Prejudice, heretofore filed by the parties;

And the Court being in all things duly advised;

Now, therefore, IT IS ORDERED, ADJUDGED AND DECREED that this matter be, and hereby is, dismissed, with prejudice, each party to bear their own costs, attorneys' fees and expenses.

SO ORDERED this day: 10/16/2015

_____
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Service of this Order will be made electronically on
all ECF-registered counsel of record via email
generated by the Court's ECF system.

I\6443911.1